IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:25-cr-9 |
| STEPHEN M. PATTERSON, | |
| Defendant. | |

**O R D E R**

On December 11, 2025, the parties filed their Joint Status Report. Doc. 55. In that Report, the parties advised the Court that the pending pretrial motions filed in this case, docs. 47-50, remain unresolved, and the Defendant requested argument on the unresolved motions, doc. 47, Motion for Expert, doc. 48, Motion to Suppress, doc. 49, Motion to Dismiss, and doc. 50, Motion to Dismiss. The Court conducted a Final Pretrial Conference on December 16, 2025, and took up argument on the pending motions. The Court made certain oral rulings from the bench and this Order memorializes those rulings.

Based on the information provided by the parties during the Motions hearing, Defendant's Motion for Expert, doc. 47, is **GRANTED**. The Court will address this motion in a separate order. Defendant's Motion to Suppress, doc. 49, is **DENIED**. Defendant will be allowed to raise objections during the trial to any evidence Defendant seeks to suppress, if necessary. Defendant's Motions to Dismiss, docs. 49 and 50, are taken under advisement by the Court.

**SO ORDERED**, this 18th day of December, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA